NATIONAL LABOR RELATIONS BOARD, Petitioner-Appellee,

v.

UNITED AIRCRAFT CORPORATION (PRATT & WHITNEY AND HAMILTON STANDARD DIVISIONS) et al., Respondents-Appellants.

No. 305, Docket 27360.

United States Court of Appeals Second Circuit.

Argued April 5, 1962.

Decided April 5, 1962.

Joseph C. Wells, of Reilly & Wells, Washington, D. C., for respondents-appellants.

Stephen B. Goldberg, Atty., National Labor Relations Board, Washington, D. C. (Stuart Rothman, Gen. Counsel, Dominick L. Manoli, Asso. Gen. Counsel, Marcel Mallet-Prevost, Asst. Gen. Counsel, and Marion L. Griffin, Atty., National Labor Relations Board, Washington, D. C., on the brief), for petitioner-appellee.

Before CLARK, FRIENDLY and HAYS, Circuit Judges.

PER CURIAM.

Affirmed in open court on the opinion of District Judge Clarie, D.C.Conn., 200 F.Supp. 48.